UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| WENDY STOLL f/k/a WENDY MCCARTNEY<br><br>    Plaintiff,<br><br> -v-<br><br>INVESTINET, LLC<br><br>    Defendant. | Case No. 3:20-cv-00764-RLM-MGG<br><br>Judge Robert L. Miller, Jr.<br><br>Judge Michael G. Gotsch, Sr. |

NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Plaintiff, Wendy Stoll f/k/a Wendy McCartney, and Defendant, InvestiNet, LLC, have reached a settlement of the above-captioned action. Plaintiff anticipates filing a voluntary dismissal of this case, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, within forty-five (45) days.

DATED this 16th day of October, 2020.  Respectfully Submitted,

                   */s/ Taxiarchis Hatzidimitriadis*
                   Taxiarchis Hatzidimitriadis
                   CONSUMER LAW PARTNERS, LLC
                   333 N. Michigan Ave., Suite 1300
                   Chicago, IL 60601
                   (267) 422-1000 (phone)
                   (267) 422-2000 (fax)
                   teddy@consumerlawpartners.com

                   *Attorney for Plaintiff, Wendy Stoll f/k/a Wendy McCartney*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing *Notice of Settlement* is being filed electronically with the United States District Court for the Northern District of Indiana on this 16th day of October, 2020. Notice of this filing will be transmitted to all counsel of record via the Court's CM/ECF filing system.

                                                                             */s/ Taxiarchis Hatzidimitriadis*
                                                                             Taxiarchis Hatzidimitriadis
                                                                             CONSUMER LAW PARTNERS, LLC