UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| WENDY STOLL *formerly known as* WENDY MCCARTNEY, | ) ) ) |
| *Plaintiff* | ) ) Cause No. 3:20-cv-764 RLM-MGG |
| v. | ) ) ) |
| INVESTINET LLC, | ) ) ) |
| *Defendant* | |

ORDER

Pursuant to the notice of voluntary dismissal [Doc. No. 8] and Fed. R. Civ. P. 41(a)(1)(A)(i), the court **DISMISSES** this case with prejudice. Each party to bear its own attorneys' fees and costs. The Clerk is directed to enter judgment accordingly.

SO ORDERED.

ENTERED:  December 9, 2020

/s/   Robert L. Miller, Jr.
Judge, United States District Court